# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Angelica Nieves

                        Plaintiff,

v.                                       Case No.: 1:17–cv–00088
                                                     Honorable Matthew F. Kennelly

City Of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held with attorneys for both sides. There was discussion about whether plaintiff can conduct a 30(b)(6) deposition related to the moved claim and the scope of the notice. The parties are to discuss this this further and attempt to resolve. Status hearing is continued to 9/27/2017 at 9:00 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.