UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Angelica Nieves
                              Plaintiff,

v.                                                  Case No.: 1:17–cv–00088
                                                       Honorable Matthew F. Kennelly

City Of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 11, 2019:

     MINUTE entry before the Honorable Matthew F. Kennelly: Due to an unanticipated family emergency, Judge Kennelly will not be able to hold court on 3/12/2019. The matters set for that date are, at the Court's instance, reset to 3/25/2019 at 9:00 AM. Defendant City of Chicago is directed to file a response to plaintiff's motion to compel by 3/19/2019. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.