IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 19 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ESTATE OF JOSE ANGEL NIEVES,
Deceased, by ANGELICA
NIEVES,
Administrator of the estate,
Matthew Kennelly

Case No. 17 CV 88

Judge

Magistrate Judge Finnegan

Plaintiff

Vs,

CITY OF CHICAGO and
Police Officer LOWELL HOUSER,

Defendants.

### DEFENDANT LOWELL HOUSER'S OBJECTION TO RELEASE OF MY PERSONAL INFORMATION AND MEDICAL RECORDS

Defendant Lowell Houser is representing himself in this case. However, it has been explained to me that the Plaintiff is trying to get all of my personal information and medical history from the Chicago Police Department. I do not work for the CPD any longer, but this information is still about me and I want to object to it being given to the Plaintiff.

First of all, none of this information has anything to do with the incident that I am being accused of. I have had serious health problems in the past and I still do. But these health problems are not connected to the dispute between myself and Mr. Nieves on the date in question. This seems to me like an effort to embarrass me and not something that will help the court decide what the truth is.

Also, I wanted to actually review all these records personally. I made an appointment to meet with one of my criminal defense lawyers for Thursday, April 18, so that I could

do that. My lawyer sent an email to the Sheriff's home monitoring unit about this. But on that morning, I called the Sheriff's Office to verify that I had permission to leave my home to go to the law office and I was told that the request was denied. I was able to talk to my criminal defense lawyer Mr. Needham and he assisted me with this document. However I still have not read the documents that the plaintiff wants to have. I am told that there are over 2,500 pages. With all due respect to the court, it is more important for me to focus only on my criminal case for now. The stakes in that case are high and I am requesting that I be allowed to answer the allegations in this lawsuit later when the criminal case trial has ended.

Thank you,

*Lowell H7*

Lowell Houser, pro se defendant