# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Angelica Nieves

                    Plaintiff,

v.                                                 Case No.: 1:17–cv–00088
                                                 Honorable Matthew F. Kennelly

City Of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 18, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: At the request of the parties, the status hearing set for 10/21/2019 is vacated and reset for 11/18/2019 at 9:30 AM. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.