**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ESTATE OF JOSE ANGEL FELIPE NIEVES, Deceased, by ANGELICA NIEVES, Independent Administrator,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHICAGO, City of Chicago Police Officer LOWELL HOUSER,<br><br>Defendants. | CASE NO. 17-CV-88<br><br>JUDGE MATTHEW F. KENNELLY<br><br>Magistrate Judge Sheila M. Finnegan<br><br>JURY TRIAL DEMANDED |

**DEFENDANT LOWELL HOUSER'S
RESPONSE TO MOTION TO STRUCTURE DISCOVERY**

Defendant Lowell Houser ("Mr. Houser") respectfully submits this response to Defendant City of Chicago's ("City") motion to structure discovery.

On May 28, 2020, the City filed its motion to structure discovery. On June 10, 2020, the Plaintiff filed its response, opposing the motion. On June 15, 2020, the City filed its reply. On July 27, 2020, the Court allowed Defendant Houser until August 7, 2020 the opportunity to file a response.

The City's motion primarily, if not entirely, relates to the scope and timing of *Monell* discovery against the City. On the issue of the timing of *Monell* discovery, Mr. Houser does not take a position on the City's motion to structure. As the Court has noted, "the motion to structure discovery does not directly pertain to Mr. Houser." (ECF 111, 5/30/2020 Minute Entry.) Mr. Houser also takes no position on what should have been done in discovery for the past three years. Going forward, however, and to the extent that the motion to structure discovery would prioritize discovery from Mr. Houser, especially a deposition, it is important to note that Mr. Houser has a

post-conviction motion pending in the criminal court. Because Mr. Houser's criminal case is still active, he currently continues to assert his Fifth Amendment rights. As such, any discovery against Mr. Houser—particularly a deposition—would be unproductive at this time.

In addition, as the Court and parties are aware, counsel for Mr. Houser was recently appointed and is new to the case and in the process of getting up to speed. And Mr. Houser is currently incarcerated at Robinson Correctional Center. Particularly in light of the COVID-19 pandemic, counsel is severely limited in their ability to communicate with Mr. Houser. Legal calls are limited to 30 minutes out of only a two-hour window during the day, must be scheduled three days in advance, and sometimes prison personnel are present in the room while Mr. Houser is on the phone. No in-person visits are allowed. Counsel has also experienced delays in the delivery of mail to Mr. Houser and receiving responses from him.

To the extent Mr. Houser would not be asserting his Fifth Amendment rights, counsel would need significant time to prepare Mr. Houser for any deposition, which the current limitations do not allow. For the same reasons, Mr. Houser will face logistical hurdles and delays in his ability to respond to written discovery to the extent that responses other than an assertion of Fifth Amendment rights is appropriate.[1]

---

[1] In light of the City's filing today (ECF 130) and new information contained therein, Mr. Houser believes that all discovery should be stayed pending an examination of Plaintiff's standing to bring this case. Mr. Houser anticipates that, after an opportunity to review this new information more closely, a motion to dismiss may be appropriate.

Respectfully submitted,

                                LOWELL HOUSER

Dated: August 7, 2020                                By:   /s/ Catherine L. Steege
                                                                         One of His Attorneys

Catherine L. Steege
Joel T. Pelz
Laura E.B. Hulce
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Fax: (312) 527-0484
Email: csteege@jenner.com
Email: jpelz@jenner.com
Email: lhulce@jenner.com

## **CERTIFICATE OF SERVICE**

I, Catherine L. Steege, hereby certify that on August 7, 2020, I caused copies of the foregoing document to be filed with the Clerk for the District Court for the Northern District of Illinois and to be served upon all counsel of record through the CM/ECF system.

    /s/ Catherine L. Steege
    Catherine L. Steege